IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YASIR JINNAH,<br><br>　　　　Defendant. | No. 24-CR-30 CJW-MAR<br><br>**ORDER DENYING<br>MOTION TO CONTINUE** |

_____

The matter before the Court is defendant's Motion to Continue Sentencing Hearing which defendant notes the government takes no position. (Doc. 93).

This motion is **denied.** The sentencing hearing will be held as previously scheduled on **Friday, January 17, 2025, at 9:00 a.m**.; United States Courthouse, Courtroom 1, 111 Seventh Avenue, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 18th day of December, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa